UNITED STATES DISTICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY, INC. and ST. PAUL FIRE & MARINE INSURANCE COMPANY, INC. d/b/a ST. PAUL SURETY,<br><br>        Defendants. | CIVIL ACTION NO. 04-12538 DPW |

**STIPULATION OF EXTENSION OF TIME IN WHICH THE DEFENDANT, ST. PAUL FIRE & MARINE INSURANCE COMPANY, INC., MAY RESPOND TO THE COMPLAINT FOR DECLARATORY JUDGMENT**

      The defendant, St. Paul Fire & marine Insurance Company, Inc. ("St. Paul"), and the plaintiff, Skanska USA Building, Inc. ("Skanska"), hereby stipulate, subject to approval of the Court, that the time within which St. Paul is to respond to Skanska's Complaint is extended up to and including January 5, 2005.

Respectfully submitted,

| ST. PAUL FIRE & MARINE INSURANCE COMPANY, INC.,<br>By its attorneys, | SKANSKA USA BUILDING, INC.,<br><br>By its attorneys, |
|---|---|
| /s/ Eric H. Loeffler_____<br>Bert J. Capone, BBO #072880<br>Thomas H. Hayman (BBO #557279)<br>Eric H. Loeffler (BBO#641289)<br>CETRULO & CAPONE LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA 02210<br>Tel: (617) 217-5209<br>Fax: (617) 217-5200 | /s/ Brett D. Carroll_____<br>Stanley A. Martin, BBO #543937<br>Brett D. Carroll, BBO #640569<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel: (617) 523-2700<br>Fax: (617) 345-1300 |