UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY, INC. and ST. PAUL FIRE & MARINE INSURANCE COMPANY, INC. d/b/a ST. PAUL SURETY<br><br>Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## REQUEST FOR DEFAULT
## (PURSUANT TO FED. R. CIV. P. 55(a))

Plaintiff, Skanska USA Building, Inc. ("Skanska"), in accordance with Rule 55(a), Fed. R. Civ. P., hereby requests that the Defendant, Hartford Roofing Company, Inc. ("Hartford"), be defaulted for its failure to file a response within twenty (20) days of service of the Complaint. As grounds for this request, Skanska states the following:

1. Service was effected on Hartford in the above-entitled matter on November 5, 2004, as shown by the process server's return of service, which is contained on the original summons as filed with the Court.

2. More than twenty (20) days have passed since service was effected on Hartford without Hartford's filing a response to Skanska's Complaint.

3. Counsel for Skanska has not been contacted by anyone from Hartford or anyone purporting to represent the interests of Hartford in relation to this matter.

4. Skanska requests that a copy of the default be sent to Hartford's registered agent in Massachusetts at CT Corporation Systems, 101 Federal Street, Boston, MA 02072, and at Hartford's place of business in Massachusetts at 53 Evans Drive, Stoughton, MA.

WHEREFORE, the Plaintiff, Skanska USA Building, Inc., makes this application that the Defendant, Hartford Roofing Company, Inc., be defaulted pursuant to Fed. R. Civ. P. 55(a), and for such other and further relief that this Court deems proper. .

Dated at Boston, Massachusetts, this the 16th day of February, 2005.

Respectfully submitted,

SKANSKA USA BUILDING, INC.
By its attorney

/s/Brett D. Carroll
Stanley A. Martin (BBO#543937)
Brett D. Carroll (BBO #640569)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that this document was served upon Hartford Roofing Company, Inc. at CT Corporation Systems, 101 Federal Street, Boston, MA 02072 and at 53 Evans Drive, Stoughton, Massachusetts on February 16, 2005 by mail.

/s/Brett D. Carroll
Brett D. Carroll

# 2617560_v1