UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.<br>Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY,<br>INC. and ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY, INC. d/b/a<br>ST. PAUL SURETY<br>Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Counsel for the Plaintiff, Skanska USA Building, Inc. ("Skanska"), and counsel for the Defendant, St. Paul Fire & Marine Insurance Company, Inc. ("St. Paul") and the Hartford Roofing Company, Inc. ("Hartford"), have conferred, and now submit this Joint Statement in accordance with Local Rule 16.1(D)

### I.    Proposed Schedule of Discovery Deadlines

Each party will make its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) by April 7, 2005.

All fact discovery, including depositions, interrogatories, document requests and requests for admissions, will be completed by October 31, 2005.[1]

The Parties propose that plaintiff's expert disclosures shall be served by December 16, 2005, followed by defendant's expert disclosures on January 16, 2005. All expert discovery shall be completed by February 15, 2006.

The Parties do not believe that phased discovery is appropriate in this action.

---

[1] All written discovery, including admissions, interrogatories, and production requests, shall be served so that the responses are due by October 31, 2005.

**II.    Proposed Schedule for Filing of Motions.**

All motions under Fed.R.Civ.P. 56 shall be filed by April 18, 2006. The oppositions to any motion for summary judgment shall be filed within twenty-one (21) days after the motion is filed. All requests for leave to file reply memorandum must be submitted to the Court within fourteen (14) days after the service of opposition to any motion for summary judgment.

**III.    Certifications Signed by Counsel and Authorized Party Representatives**

Attached at Tab A are the Parties respective Local Rule 16.1(D)(3) certifications.

Respectfully submitted,

PLAINTIFF, SKANSKA USA
BUILDING, INC.

By its attorneys,
HOLLAND & KNIGHT LLP


By:  /s/ Brett D. Carroll
     Stanley A. Martin (BBO #543937)
     Brett D. Carroll (BBO #640569)
     10 St. James Avenue
     Boston, MA 02116
     Tel: 617-523-2700
     Fax: 617-523-6850

Dated:  March 10, 2005

DEFENDANT, ST. PAUL FIRE &
MARINE INSURANCE, INC. d/b/a
ST. PAUL SURETY

By its attorneys,
CETRULO & CAPONE LLP


By:  /s/    Thomas H. Hayman
     Thomas H. Hayman (BBO #557279)
     Eric H. Loeffler (BBO #641289)
     2 Seaport Lane
     World Trade Center East 10th Floor
     Boston, MA 02210
     Tel: 617-217-5500
     Fax: 617-217-5200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.<br>                    Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY,<br>INC. and ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY, INC. d/b/a<br>ST. PAUL SURETY<br>                    Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## <u>CERTIFICATION OF PLAINTIFF UNDER LOCAL RULE 16.1(D)(3)</u>

This is to certify that counsel for the plaintiff in this matter have conferred with an

authorized representative of the plaintiff regarding:  (1) a budget for the approximate costs of

conducting either the full course, or various alternative courses, of this litigation; and (2) the

possibility of resolving this litigation through the use of alternative dispute resolution programs

such as set forth in Local Rule 16.4.  The undersigned hereby affirms the preceding.

| SKANSKA USA BUILDING, INC. | PLAINTIFF, SKANSKA USA<br>BUILDING, INC.<br><br>By its attorneys,<br>HOLLAND & KNIGHT LLP |
|---|---|
| By: _____<br>     Michael Benedetto<br>     Senior Project Manager<br>     Skanska USA Building, Inc. | By:  /s/  Brett D. Carroll_____<br>     Stanley A. Martin (BBO #543937)<br>     Brett D. Carroll (BBO #640569)<br>     10 St. James Avenue<br>     Boston, MA 02116<br>     Tel:  617-523-2700<br>     Fax:  617-523-6850 |

Dated: March ___, 2005

# 2617834_v1

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SKANSKA USA BUILDING, INC.
Plaintiff,

v.

THE HARTFORD ROOFING COMPANY,
INC. and ST. PAUL FIRE & MARINE
INSURANCE COMPANY, INC. d/b/a
ST. PAUL SURETY
Defendants.

CIVIL ACTION NO. 04-12538-DPW

## ST. PAUL FIRE & MARINE INSURANCE COMPANY, INC. d/b/a ST. PAUL SURETY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned counsel and an authorized representative of St. Paul Fire & Marine Insurance Company, Inc. d/b/a St. Paul Surety hereby certify that they have conferred:

a.      with a view to establishing a budget for the costs of conducting the full course –

and various alternative courses – of the litigation; and

b.      to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

DEFENDANT, ST. PAUL FIRE &
MARINE INSURANCE, INC. d/b/a
ST. PAUL SURETY

By its attorneys,
CETRULO & CAPONE LLP

_____
Thomas H. Hayman (BBO #557279)
Eric H. Loeffler (BBO #641289)
2 Seaport Lane
World Trade Center East 10th Floor
Boston, MA 02210
Tel: 617-217-5500
Fax: 617-217-5200

_____
Jay N. Bernstein
Claim Manager Surety
The St. Paul Companies, Inc.
111 Schilling Road
Hunt Valley, MD 21031

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.<br>Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY,<br>INC. and ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY, INC. d/b/a<br>ST. PAUL SURETY<br>Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## CERTIFICATION OF PLAINTIFF UNDER LOCAL RULE 16.1(D)(3)

This is to certify that counsel for the plaintiff in this matter have conferred with an

authorized representative of the plaintiff regarding: (1) a budget for the approximate costs of

conducting either the full course, or various alternative courses, of this litigation; and (2) the

possibility of resolving this litigation through the use of alternative dispute resolution programs

such as set forth in Local Rule 16.4. The undersigned hereby affirms the preceding.

| SKANSKA USA BUILDING, INC. | PLAINTIFF, SKANSKA USA<br>BUILDING, INC.<br><br>By its attorneys,<br>HOLLAND & KNIGHT LLP |
|---|---|
| By: _____<br>Michael Benedetto<br>Senior Project Manager<br>Skanska USA Building, Inc. | By: __/s/ Brett D. Carroll_____<br>Stanley A. Martin (BBO #543937)<br>Brett D. Carroll (BBO #640569)<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel: 617-523-2700<br>Fax: 617-523-6850 |

Dated: March/___, 2005

# 2617834_v1