UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Skanska USA Building, Inc
       Plaintiff

    v.                               CIVIL ACTION
                                    NO. 04-12538-DPW

Hartford  Roofing CO., Inc et al
        Defendant,


## **SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with

respect to all parties;

    IT  IS  ORDERED that the above captioned matter be, and it hereby is, DISMISSED

without costs and without prejudice to the right of any party upon good cause shown within

30 days, to reopen the action if settlement is not consummated, otherwise the parties shall

file a Stipulation of Dismissal, Notice of Voluntary Dismissal,  or an Agreement for

Judgment with the Court no later than **June 27, 2005**


                         BY THE COURT,

                         /s/ Michelle Rynne

                         Deputy Clerk

DATED: May 27, 2005