UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.,<br>           Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY,<br>INC. and ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY, INC. d/b/a<br>ST. PAUL SURETY,<br>           Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), all parties to the above-captioned action hereby stipulate to the dismissal of the above-captioned action, including all claims asserted in this action, with prejudice, without costs and all rights of appeal being waived.

Respectfully submitted,

| | |
|---|---|
| SKANSKA USA BUILDING, INC. | ST. PAUL FIRE & MARINE INSURANCE, INC. d/b/a ST. PAUL SURETY and THE HARTFORD ROOFING COMPANY, INC. |
| By its attorneys,<br>HOLLAND & KNIGHT LLP | By their attorneys,<br>CETRULO & CAPONE LLP |
| /s/ Stanley A. Martin<br>Stanley A. Martin (BBO #543937)<br>Brett D. Carroll (BBO #640569)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel: 617-523-2700<br>Fax: 617-523-6850 | /s/ Thomas H. Hayman<br>Thomas H. Hayman (BBO #557279)<br>Eric H. Loeffler (BBO #641289)<br>CETRULO & CAPONE LLP<br>2 Seaport Lane<br>World Trade Center East 10th Floor<br>Boston, MA 02210<br>Tel: 617-217-5500<br>Fax: 617-217-5200 |

June 13, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKANSKA USA BUILDING, INC.,<br>            Plaintiff,<br><br>v.<br><br>THE HARTFORD ROOFING COMPANY,<br>INC. and ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY, INC. d/b/a<br>ST. PAUL SURETY,<br>            Defendants. | CIVIL ACTION NO. 04-12538-DPW |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the following document:

STIPULATION OF DISMISSAL WITH PREJUDICE

was served on the following attorneys, by way of electronic filing on the 13th day of June 2005:

Thomas H. Hayman (BBO #557279)
Eric H. Loeffler (BBO #641289)
CETRULO & CAPONE LLP
2 Seaport Lane
World Trade Center East 10th Floor
Boston, MA 02210

/s/ Stanley A. Martin
Stanley A. Martin
Email: stan.martin@hklaw.com

# 2986408_v1